7/21/13

US DISTRICT COURT
50 Walnut St.
Newark, NJ 07102

RE: U.S. v. Jose Katz
    Criminal No. 13-246 (JLL)

Clerk,

The above defendant was scheduled to be sentenced on 7/23/13. I would like to find out the final sentence/Restitution disposition. Could you please just send me a copy of the 1st 2 pages of the docket which will have this information.

Thank you.

Dr. Douglas Dvorak
10743-029
P.O. 9000 - Low
Unit HD
Forrest City, AR. 72336



Name Dr. Doug Dvorak
Reg # 10743829
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

MEMPHIS TN 381
23 JUL 2013 PM 6 L

⇔10743-029⇔
Martin Luther King Jr.
Federal Building AND
United States Courthouse
50 Walnut Street
Newark, NJ 07102
United States

07102$3551